(68 South. 837)

No. 21199.

STATE v. HOLLINGSWORTH.

In re HOLLINGSWORTH.

(April 12, 1915. Rehearing Denied June 14, 1915.)

J. J. Hollingsworth was convicted of selling intoxicating liquors without a license, and applies for writs of certiorari and prohibition. Rule discharged, demands of relator rejected, and proceeding dismissed.

Foster, Looney & Wilkinson, of Shreveport, and Elam & Lee, of Mansfield, for relator. R. G. Pleasant, Atty. Gen., and W. M. Lyles, Dist. Atty., of Leesville (G. A. Gondran, of New Orleans, of counsel), for respondent.

MONROE, C. J. The questions presented in this case being the same as those considered in the case bearing the same title and the number 21196 (68 South. 834),[1] this day decided, the reasons assigned in that case are adopted for the purposes of this; and it is adjudged and decreed that the rule herein issued be discharged, the demand of the relator rejected, and this proceeding dismissed.

PROVOSTY and O'NIELL, JJ., dissent in the refusal of the court to grant a rehearing.

━━━━

(68 South. 837)

No. 21197.

STATE v. HOLLINGSWORTH.

In re HOLLINGSWORTH.

(April 12, 1915. Rehearing Denied June 14, 1915.)

J. J. Hollingsworth was convicted of selling intoxicating liquors without a license, and applies for writs of certiorari and prohibition. Rule discharged, demands of relator rejected, and proceeding dismissed.

Foster, Looney & Wilkinson, of Shreveport, and Elam & Lee, of Mansfield, for relator. R. G. Pleasant, Atty. Gen., and W. M. Lyles, Dist. Atty., of Leesville (G. A. Gondran, of New Orleans, of counsel), for respondent.

MONROE, C. J. The questions presented in this case being the same as those considered in the case bearing the same title and the number 21196 (68 South. 834),[1] this day decided, the reasons assigned in that case are adopted for the purposes of this; and it is adjudged and decreed that the rule herein issued be discharged, the demands of the relator rejected, and this proceeding dismissed.

PROVOSTY and O'NIELL, JJ., dissent in the refusal of the court to grant a rehearing.

━━━━

(68 South. 837)

No. 21198.

STATE v. HOLLINGSWORTH.

In re HOLLINGSWORTH.

(April 12, 1915. Rehearing Denied June 14, 1915.)

J. J. Hollingsworth was convicted of selling intoxicating liquors without a license, and applies for writs of certiorari and prohibition. Rule discharged, demands of relator rejected, and proceeding dismissed.

Foster, Looney & Wilkinson, of Shreveport, and Elam & Lee, of Mansfield, for relator. R. G. Pleasant, Atty. Gen., and W. M. Lyles, Dist. Atty., of Leesville (G. A. Gondran, of New Orleans, of counsel), for respondent.

MONROE, C. J. The questions presented in this case being the same as those considered in the case bearing the same title and the number 21196 (68 South. 834),[1] this day decided, the reasons assigned in that case are adopted for the purposes of this; and it is adjudged and decreed that the rule herein issued be discharged, the demands of the relator rejected, and this proceeding dismissed.

PROVOSTY and O'NIELL, JJ., dissent in the refusal of the court to grant a rehearing.

━━━━

[1]Ante, p. 478.